UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MURRAY KALAMA,

    Plaintiff,

v.

AMBER SUNDQUIST,

    Defendant.

Case No. 24-cv-07715-PJH

**ORDER OF TRANSFER**

Re: Dkt. No. 5

    This is a civil rights case brought pro se by an Oregon state prisoner. Plaintiff raises a claim regarding an incident that occurred at Deer Ridge Correctional Institution in Madras, Oregon. That facility is located within the venue of the United States District Court for the District of Oregon. Because the events for this case, defendants, and plaintiff are located in the District of Oregon, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

    This case is **TRANSFERRED** to the United States District Court for the District of Oregon. *See* 28 U.S.C. § 1406(a). The pending motion (Dkt. No. 5) is **VACATED** due to the transfer.

    **IT IS SO ORDERED.**

Dated: December 11, 2024

                                                /s/ Phyllis J. Hamilton
                                              PHYLLIS J. HAMILTON
                                              United States District Judge